IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS AT TOPEKA

GLENNA LEE JONES, xxx-xx-9101  )
430 Eisenhower Dr  Apt K-2, Lawrence KS 66049  )
)  Case No. 13-40889

CERTIFICATE OF NOTICE OF CHAPTER 7 STATEMENT OF INTENTION OF DEBTOR

I certify that I have caused true copies of Chapter 7 Statement of Intention of Debtor to be mailed, first-class, postage prepaid, to those entities identified below at the addresses shown on July 9, 2013:

First Security Bank
530 Main
Carbondale KS 66414


/s/ John P. Harper
JOHN P. HARPER, KSCN 21596
harper@harperlawks.com
HARPER LAW OFFICE
214 SW 6th, Suite 206 - P.O. Box 2686
Topeka, KS 66601-2686
Tel 785/354-8188
Fax 785/232-4159
Attorney for Debtor