# United States Bankruptcy Court
## District of Kansas

In re: Glenna Lee Jones
Debtor(s)

Case No. 13-40889
Chapter 7

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __6__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  8-21-13

Signature /s/ Glenna Lee Jones
Glenna Lee Jones
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re  Glenna Lee Jones  
Debtor

Case No. 13-40889

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-0268<br><br>Bank of America Bankruptcy<br>PO Box 15102<br>Wilmington, DE 19886 | | - | 2000s<br>Credit card | | | | 1,125.00 |
| Account No. Various<br><br>Capital One Bankruptcy<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | | - | 2000s<br>Credit card | | | | 6,374.00 |
| Account No. xxxx-xxxx-xxxx-1249<br><br>Chase Cardmember Services<br>PO Box 94014<br>Palatine, IL 60094-4014 | | - | 2000s<br>Credit card | | | | 134.00 |
| Account No. xxxx-xxxx-xxxx-2346<br><br>CitiCard Services Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64153 | | - | 2000s<br>Credit card | | | | 1,144.00 |
| _4_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 8,777.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    S/N:24707-130801    Best Case Bankruptcy

In re Glenna Lee Jones, Debtor

Case No. 13-40889

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0519<br><br>City of Carbondale<br>234 Main St PO Box 70<br>Carbondale, KS 66414-0070 | | - | 2000s<br>Utilities | | | | 85.00 |
| Account No. xxxxxxxx<br><br>Credit First NA<br>PO Box 81083<br>Cleveland, OH 44181-1083 | | - | 2000s<br>Credit purchase | | | | 683.00 |
| Account No. xxxxxxxxxxxxxxx2864<br><br>Dell Financial Services<br>DFS Customer Care Dept<br>PO Box 81577<br>Austin, TX 78753-1577 | | - | 2000s<br>Credit purchase | | | | 1,278.00 |
| Account No. xxxx-xxxx-xxxx-9429<br><br>Direct Merchants Bankruptcy<br>PO Box 5246<br>Carol Stream, IL 60197-5246 | | - | 2000s<br>Credit card | | | | 4,941.00 |
| Account No. 2568<br><br>Discover Card Bankruptcy<br>PO Box 30943<br>Salt Lake City, UT 84130 | | - | 2000s<br>Credit card | | | | 4,532.00 |

Sheet no. 1 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 11,519.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Glenna Lee Jones**, Debtor

Case No. **13-40889**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx7394<br><br>First Security Bank<br>530 Main<br>Carbondale, KS 66414 | | - | 02/21/2012<br>Personal loan | | | | 1,274.00 |
| Account No. xxxxxxxxxxxx3362<br><br>GECRB Bankruptcy<br>PO Box 981439<br>El Paso, TX 79998 | | - | 2000s<br>Credit card | | | | 949.00 |
| Account No. xxxxxxxxxxxx8023<br><br>GECRB Bankruptcy<br>PO Box 981439<br>El Paso, TX 79998 | | - | 2000s<br>Credit card | | | | 1,466.00 |
| Account No. xxxx-xxxx-xxxx-5169<br><br>HSBC Bankruptcy<br>Gold Mastercard<br>PO Box 5226<br>Carol Stream, IL 60197-5226 | | - | 2000s<br>Credit card | | | | 701.00 |
| Account No. xxxxxxxxxxxxx4273<br><br>Kansas Gas Service Bankruptcy<br>PO Box 3535<br>Topeka, KS 66601-3535 | | - | 2000s<br>Utilities | | | | 202.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,592.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Glenna Lee Jones
       Debtor

Case No. 13-40889

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx9351<br><br>Kohls Bankruptcy<br>PO Box 3004<br>Milwaukee, WI 53201-2983 | | - | 2000s<br>Credit card | | | | 789.00 |
| Account No. xxxxxxxx8990<br><br>Macys DSNB<br>PO Box 8053<br>Mason, OH 45040 | | - | 2000s<br>Credit card | | | | 1,633.00 |
| Account No. Unknown<br><br>Mallard Properties LC<br>411 N Iowa<br>Lawrence, KS 66044 | | - | 2013<br>Residential lease - Notice only | | | | Unknown |
| Account No. xxxxx0861<br><br>St Francis Physicians Clinics<br>PO Box 1657<br>Topeka, KS 66601-1657 | | - | 2000s<br>Medical | | | | 701.00 |
| Account No. 8568<br><br>Target Card Services<br>PO Box 660170<br>Dallas, TX 75266-0170 | | - | 2000s<br>Credit card | | | | 766.00 |

Sheet no. 3 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 3,889.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  Glenna Lee Jones   Case No. 13-40889
               Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx-0001<br><br>Verizon Bankruptcy<br>PO Box 3397<br>Bloomington, IL 61702 | | - | 2000s<br>Phone Service | | | | 221.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 4 of 4 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  221.00

Total (Report on Summary of Schedules)  28,998.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy